1  SCOTTLYNN J HUBBARD, IV, SBN 212970
   LYNN HUBBARD, III, SBN 69773
2  DISABLED ADVOCACY GROUP, APLC
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone: (530) 895-3252
4  Facsimile: (530) 894-8244
   Email: usdceast@hubslaw.com

Attorneys for Plaintiff Lary Feezor

MATTHEW R.ORR, SBN 211097
MICHAEL S. ORR, SBN 196844
CALL & JENSEN A PROFESSIONAL CORPORATION
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Telephone: (949) 717-3000
Facsimile: (949) 717-3100
Email: morr@calljensen.com
       msorr@calljensen.com

Attorney for Defendant
World of Jeans & Tops

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR, | Case No. 2:10-CV-00908 FCD CMK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL** |
| SEARS, ROEBUCK AND CO., et al, | |
| Defendants. | |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff LARY FEEZOR, and defendant **WORLD OF JEANS & TOPS bda TILLY'S**, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff hereby requests that the Court dismiss the above-entitled action, with prejudice, **as to defendant WORLD OF JEANS & TOPS dba TILLY'S *only*.**

Nothing in this Request for Dismissal shall be construed to affect plaintiff's complaint and claims in the above-referenced case against defendants other than defendant **WORLD OF JEANS & TOPS dba TILLY'S.**

Dated: July __, 2010                    DISABLED ADVOCACY GROUP, APLC

                                        /s/
                                        LYNN HUBBARD, III
                                        Attorney for Plaintiff Lary Feezor

Dated: July __, 2010                    CALL & JENSEN

                                        /s/
                                        MATTHEW R. ORR
                                        MICHAEL S. ORR
                                        Attorney for Defendant World of Jeans & Tops

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No.-10-00908 FCD-CMK, is hereby dismissed with prejudice **as to** WORLD OF JEANS & TOPS dba TILLY'S.

Dated: August 5, 2010
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE