1  LYNN HUBBARD III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone:  (530) 895-3252
4  Facsimile:  (530) 894-8244

5  Attorneys for Plaintiff LARY FEEZOR

6  VIRGINIA MILLER, SBN 211124
   AARON L. RENFRO, SBN 255086
7  CALL & JENSEN
   610 Newport Center Drive, Suite 700
8  Newport Beach, CA 92660
   Telephone: (949) 717-3000
9  Facsimile: (949) 717-3100

10 Attorneys for Defendant J.M. HOLLISTER,
   LLC dba HOLLISTER
11

12

13                UNITED STATES DISTRICT COURT

14                EASTERN DISTRICT OF CALIFORNIA

15

16 LARY FEEZOR,                          Case No. 2:10-cv-00908-FCD-CMK

17      Plaintiff,
                                         STIPULATION AND ORDER FOR
18 v.                                    DISMISSAL OF DEFENDANT J.M.
                                         HOLLISTER, LLC dba HOLLISTER
19 SEARS, ROEBUCK AND CO. dba SEARS,
   et al.,
20
        Defendants.
21 _____/

TO THE COURT AND TO ALL PARTIES:

IT IS HEREBY JOINTLY REQUESTED by plaintiff, LARY FEEZOR, and defendant, J.M. HOLLISTER, LLC dba HOLLISTER, that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41(a)(2) **as to J.M. HOLLISTER, LLC dba HOLLISTER *only*.**

Nothing in this Joint Motion shall be construed to affect plaintiff's complaint and claims against defendants other than **J.M. HOLLISTER, LLC dba HOLLISTER**.

Dated: November 12, 2010          DISABLED ADVOCACY GROUP, APLC

                                           */s/   Lynn Hubbard III*
                                           LYNN HUBBARD III
                                           Attorney for Plaintiff LARY FEEZOR

Dated: November 11, 2010          CALL & JENSEN

                                           */s/   Aaron L. Renfro*
                                           AARON L. RENFRO
                                           Attorney for Defendant J.M. HOLLISTER, LLC dba HOLLISTER

### **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 10-CV-00908-FCD-CMK, is hereby dismissed with prejudice as to defendant J.M. HOLLISTER, LLC dba HOLLISTER.

Dated: November 16, 2010

                                           FRANK C. DAMRELL, JR.
                                           UNITED STATES DISTRICT JUDGE