1  **DRINKER BIDDLE & REATH LLP**
   David H. Raizman (SBN 129407)
2  david.raizman@dbr.com
   Elena S. Min (SBN 235065)
3  elena.min@dbr.com
   1800 Century Park East, Suite 1400
4  Los Angeles, California 90067
   Telephone:  (310) 203-4000
5  Facsimile:   (310) 229-1285

6  Attorneys for Defendant
   Sears, Roebuck and Co.
7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11 LARY FEEZOR,                          Case No.  CV 10-00908-FCD-CMK

12              Plaintiff,
           vs.                           **DEFENDANT SEARS, ROEBUCK**
13                                       **AND CO.'S REQUEST FOR**
   SEARS, ROEBUCK AND CO. dba            **APPROVAL OF SUBSTITUTION**
14 SEARS; J.M. HOLLISTER, LLC dba        **OF ATTORNEY;  ORDER**
   HOLLISTER; WORK WORLD
15 AMERICA, INC, which will does
   business in California as WORK
16 WORLD AMERICA, INC. dba WORK
   WORLD #101; BARNES & NOBLE
17 BOOKSELLERS, INC. dba BARNES &
   NOBLE BOOKSELLERS #2920; THE
18 GAP, INC. dba GAP #2701; HOT
   TOPIC, INC. dba HOT TOPIC #312;
19 DESSERT TIME, INC., dba MRS.
   FIELD'S BAKERY CAFE # 1052; J.C.
20 PENNEY COMPANY, INC. dba
   JCPENNEY #1156; WORLD OF
21 JEANS & TOPS dba TILLY'S; AE
   RETAIL WEST, LLC dba AMERICAN
22 EAGLE OUTFITTERS #00068; OLD
   NAVY, LLC dba OLD NAVY #5626,
23

24
              Defendants.
25

26

27

28

32735

Defendant Sears, Roebuck and Co. hereby requests the Court approve the substitution of Drinker Biddle & Reath LLP as attorney of record, in place and instead of Eisenberg Raizman Thurston & Wong LLP in the above-captioned case.

Date:  December __, 2010   SEARS, ROEBUCK & CO.

              _____

              By:  _____

              Its:  _____

I consent to the above substitution.

Date:   December 1, 2010   EISENBERG RAIZMAN THURSTON & WONG LLP

              By:_____
                 Elena S. Min
              Former Attorneys for Defendants
              Sears, Roebuck and Co. and
              Barnes & Noble Booksellers, Inc.

I consent to the above substitution and am duly admitted to practice in this District pursuant to local rules.

Date:   December __, 2010   DRINKER BIDDLE & REATH LLP

              By:_____
                 Elena S. Min
              New Attorneys for Defendants
              Sears, Roebuck and Co. and
              Barnes & Noble Booksellers, Inc.

DEFENDANT SEARS' REQUEST FOR SUBSTITUTION OF ATTORNEY

1

## **ORDER**

2      The Court hereby grants the request of Defendant Sears, Roebuck and Co. to

3  substitute:

4           DRINKER BIDDLE & REATH LLP

5           David H. Raizman (SBN 129407)
           david.raizman@dbr.com

6           Elena S. Min (SBN 235065)
           elena.min@dbr.com

7           1800 Century Park East, Suite 1400

8           Los Angeles, California 90067

9           Telephone:  (310) 203-4000
           Facsimile:   (310) 229-1285

10

11  as attorney of record in place and instead of Eisenberg Raizman Thurston & Wong

12  LLP.

13      IT IS SO ORDERED.

14

15  Dated:  December 3, 2010

16

17

18  FRANK C. DAMRELL, JR.
           UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

DEFENDANT SEARS' REQUEST FOR
SUBSTITUTION OF ATTORNEY

1

**PROOF OF SERVICE**

2

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 1800 Century Park East, Suite 1400, Los Angeles, California 90067.

3

4

On December __, 2010, I served the foregoing document, described as **DEFENDANT SEARS, ROEBUCK AND CO.'S REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY; [PROPOSED] ORDER**, on each interested party in this action, as follows:

5

6

7

| | |
|---|---|
| Lynn Hubbard, III, Esq.<br>Disabled Advocacy Group, APLC<br>12 Williamsburg Lane<br>Chico, California 95926<br>usdceast@hubslaw.com | Plaintiff Lary Feezor |
| Martin H. Orlick, Esq.<br>Jeffer Mangels Butler & Mitchell LLP<br>2 Embarcadero Center, 5th Flr.<br>San Francisco, CA  94111-3824<br>MHO@jmbm.com | Defendant Hot Topic, Inc. |
| Patrick L. Hurley, Esq.<br>Manning & Marder, et al.<br>One California Street, Suite 1100<br>San Francisco, CA 94111<br>plh@mmker.com | Defendant J.C. Penney Company, Inc. |

8

9

10

11

12

13

14

15

16

17

18

19

20

☒      (BY ELECTRONIC FILING SYSTEM)  I will arrange for service of the foregoing documents through the Court's Electronic Filing System.

21

22

☒      (FEDERAL ONLY)  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

23

I declare under penalty of perjury that the foregoing is true and correct.

24

Executed on December __, 2010, at Los Angeles, California.

25

26

27

_____

28

Elena S. Min

DEFENDANT SEARS' REQUEST FOR
SUBSTITUTION OF ATTORNEY