Patrick L. Hurley, Esq.
State Bar Number: 174438
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
One California Street, Suite 1100
San Francisco, CA 94111
Telephone:   (415) 217-6990
Facsimile:   (415) 217-6999

Attorneys for Defendant,
J.C. PENNEY COMPANY, INC. dba JCPENNEY #1156

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SEARS, ROEBUCK AND CO. dba SEARS, et al.,<br><br>　　　　　Defendants. | Case No.: 2:10-CV-00908-KJM-CMK<br><br>**ORDER APPROVING STIPULATION TO DISMISS ACTION AS TO DEFENDANT J.C. PENNEY COMPANY INC. ONLY** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the joint stipulation to dismiss the action with prejudice as to defendant J.C. PENNEY COMPANY INC. is granted.  Each party to bear his or her own costs and fees.

IT IS SO ORDERED.

Dated:  February 25, 2011.

_____
UNITED STATES DISTRICT JUDGE

-1-