LYNN HUBBARD III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff LARY FEEZOR

MARTIN H. ORLICK, SBN 083908
JEFFER, MANGELS, BUTLER & MITCHELL LLP
Two Embarcadero Center, Fifth Floor
San Francisco, CA 94111-3824
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

Attorneys for Defendant
HOT TOPIC, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR, | Case No. 2:10-cv-00908-KJM-CMK |
| Plaintiff, | |
| v. | JOINT STIPULATION FOR DISMISSAL OF DEFENDANT HOT TOPIC, INC. dba HOT TOPIC #312 and ORDER THEREON |
| SEARS, ROEBUCK AND CO. dba SEARS, et al., | |
| Defendants. | |

Joint Stipulation for Dismissal of Defendant
Hot Topic, Inc.                                      - 1 -                    *Feezor v. Sears, Roebuck and Co., et al.*
Case No. 2:10-cv-00908-KJM-CMK

TO THE COURT AND TO ALL PARTIES:

Plaintiff, LARY FEEZOR, and defendant, HOT TOPIC, INC. dba HOT TOPIC #312, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41(a)(2) **as to HOT TOPIC, INC. dba HOT TOPIC #312 *only*.**

Nothing in this Joint Stipulation shall be construed to affect plaintiff's complaint and claims against defendants other than **HOT TOPIC, INC. dba HOT TOPIC #312**.

Dated: April 5, 2011                DISABLED ADVOCACY GROUP, APLC

  /s/   Lynn Hubbard III
LYNN HUBBARD III
Attorney for Plaintiff LARY FEEZOR

Dated: April 5, 2011                JEFFER, MANGELS, BUTLER & MITCHELL LLP

  /s/   Martin H. Orlick
MARTIN H. ORLICK
Attorney for Defendant Hot Topic, Inc.

### ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:10-cv-00908-KJM-CMK, is hereby dismissed with prejudice as to defendant HOT TOPIC, INC. dba HOT TOPIC #312.

Dated: April 7, 2011.

UNITED STATES DISTRICT JUDGE