IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARY FEEZOR,

           Plaintiff,                      No. CIV S-10-0908 KJM CMK

    vs.

SEARS, ROEBUCK AND CO., et al.,

           Defendants.              <u>ORDER</u>

_____/

        This matter comes before the court upon plaintiff's motion to amend the complaint, filed on May 4, 2010.  (ECF 72.)  For the following reasons, plaintiff's motion to amend is hereby GRANTED.

I.       PROCEDURAL HISTORY

        Plaintiff filed his complaint in this court on April 14, 2010.  (ECF 1.)  Sears, Roebuck and Co. and Barnes & Noble Booksellers, Inc. (together, "defendants") filed an answer on May 20, 2010.  (ECF 20.)  Plaintiff filed the present motion to amend the complaint on May 4, 2011 (ECF 72), in light of a recent Ninth Circuit decision, *Chapman v. Pier 1 Imports (U.S.) Inc.*, 631 F.3d 939 (9th Cir. 2011).  On June 3, 2011, defendants filed a statement of non-opposition. (ECF 73.)

/////

1

II.     ANALYSIS

Federal Rule of Civil Procedure 15(a)(2) states "[t]he court should freely give leave [to amend its pleading] when justice so requires," and the Ninth Circuit has "stressed Rule 15's policy of favoring amendments." *Ascon Properties, Inc. v. Mobil Oil Co.*, 866 F.2d 1149, 1160 (9th Cir. 1989). "In exercising its discretion [regarding granting or denying leave to amend] 'a court must be guided by the underlying purpose of Rule 15 -- to facilitate decision on the merits rather than on the pleadings or technicalities.'" *DCD Programs, Ltd. v. Leighton*, 833 F.2d 183, 186 (9th Cir. 1987) (quoting *United States v. Webb*, 655 F.2d 977, 979 (9th Cir. 1981)). However, "the liberality in granting leave to amend is subject to several limitations. Leave need not be granted where the amendment of the complaint would cause the opposing party undue prejudice, is sought in bad faith, constitutes an exercise in futility, or creates undue delay." *Ascon Properties*, 866 F.2d at 1160 (internal citations omitted). In addition, a court should look to whether the plaintiff has previously amended the complaint, as "the district court's discretion is especially broad 'where the court has already given a plaintiff one or more opportunities to amend [its] complaint.'" *Id*. at 1161 (quoting *Leighton*, 833 F.2d at 186 n.3).

Thus, leave to amend is rightly granted here, where the amendment will not cause defendant undue prejudice, is not sought in bad faith, is not futile, and does not create undue delay. Moreover, this amendment to the complaint is plaintiff's first.

/////
/////
/////
/////
/////
/////
/////
/////

II.     CONCLUSION

         For the foregoing reasons, plaintiff's motion to amend the complaint is GRANTED.  The Clerk is DIRECTED to file Exhibit A of Docket Number 72 as plaintiff's first amended complaint.  Each defendant shall file an answer within fourteen days of being served this order.

         IT IS SO ORDERED.

DATED:  June 9, 2011.

_____
UNITED STATES DISTRICT JUDGE