DISABLED ADVOCACY GROUP, APLC
Lynn Hubbard, III (SBN 69773)
12 Williamsburg Lane
Chico, California 95926
Telephone:  (530) 895-3252
Facsimile:  (530) 894-8244

Attorneys for Plaintiff
Lary Feezor

DRINKER BIDDLE & REATH LLP
David H. Raizman (SBN 129407)
david.raizman@dbr.com
Elena S. Min (SBN 235065)
elena.min@dbr.com
1800 Century Park East, Suite 1400
Los Angeles, California 90067-1517
Telephone:  (310) 203-4000
Facsimile:  (310) 229-1285

Attorneys for Defendant
Barnes & Noble Booksellers, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR,<br><br>             Plaintiff,<br>vs.<br><br>SEARS, ROEBUCK AND CO. dba SEARS, *et al.*<br>             Defendants. | Case No.  2:10-CV-00908-KJM-CMK<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT BARNES & NOBLE BOOKSELLERS, INC.; ORDER THEREON** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Lary Feezor ("Plaintiff") and defendant Barnes & Noble Booksellers, Inc., by and through their respective attorneys of record, stipulate that:

1. Plaintiff's Complaint and First Amended Complaint in the above-entitled action shall be dismissed with prejudice as against Barnes & Noble; and

2. Plaintiff and Barnes & Noble each shall bear his or its own costs and fees in the action.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: July 21, 2011            DISABLED ADVOCACY GROUP, APLC


By: */s/   Lynn Hubbard III         /*
   Lynn Hubbard III

Attorneys for Plaintiff
Lary Feezor


Dated:  July 22, 2011           DRINKER BIDDLE & REATH LLP


By: */s/   Elena Min*
   David H. Raizman
   Elena S. Min

Attorneys for Defendant
Barnes & Noble Booksellers, Inc.

## **ORDER**

Having reviewed the Stipulation for Dismissal With Prejudice of Defendant Barnes & Noble Booksellers, Inc. by plaintiff Lary Feezor and defendant Barnes & Noble Booksellers, Inc.,

IT IS HEREBY ORDERED that the action and all claims against defendant Barnes & Noble Booksellers, Inc. are dismissed with prejudice.  Each party shall bear his or its own costs and fees.

Dated: August 1, 2011.

_____
UNITED STATES DISTRICT JUDGE